UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MARRERO, CHRISTINA B                          § Case No. 10-12239
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 22, 2010. The undersigned trustee was appointed on October 21, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         22,001.04

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 4,581.34 |
   | Bank service fees | 240.65 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 17,179.05 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/02/2011 and the deadline for filing governmental claims was 09/18/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,950.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,950.10, for a total compensation of $2,950.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/12/2012          By: /s/NORMAN NEWMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-12239
**Case Name:** MARRERO, CHRISTINA B

**Period Ending:** 03/30/12

**Trustee:** (330560)   NORMAN NEWMAN
**Filed (f) or Converted (c):** 09/23/10 (c)
**§341(a) Meeting Date:** 10/21/10
**Claims Bar Date:** 05/02/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 12150 Harvard Ave, Spring<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 39,000.00 | 39,000.00 | | 22,000.00 | FA |
| 2 | Checking account with Chase<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 13.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Parkway Bank<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous used household goods<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal used clothing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | TRS Retirement<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,226.41 | 0.00 | DA | 0.00 | FA |
| 7 | 2009 Tax Refund<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 358.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.04 | Unknown |
| 8 | Assets     Totals (Excluding unknown values) | $48,247.41 | $39,000.00 | | $22,001.04 | $0.00 |

**Major Activities Affecting Case Closing:**

Sold real estate. Awaiting receipt of tax returns.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011          **Current Projected Date Of Final Report (TFR):**   July 31, 2012

Printed: 03/30/2012 09:29 AM     V.12.57

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-12239
**Case Name:** MARRERO, CHRISTINA B

**Taxpayer ID #:** **-***5818
**Period Ending:** 03/30/12

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******10-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/16/11 | | Transaction Title Agency of Michigan | | | | 17,432.71 | | 17,432.71 |
| | {1} | | Contract Sales Price | 22,000.00 | 1110-000 | | | 17,432.71 |
| | | | Settlement Charges | -2,781.25 | 2500-000 | | | 17,432.71 |
| | | | Earnest Money | -1,000.00 | 2500-000 | | | 17,432.71 |
| | | | Owner's Policy | -351.75 | 2500-000 | | | 17,432.71 |
| | | | City Property Tax | -407.28 | 2820-000 | | | 17,432.71 |
| | | | County Property Tax | -27.01 | 2820-000 | | | 17,432.71 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 17,432.77 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,432.91 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,433.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 40.60 | 17,392.45 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | | 2600-000 | | -15.60 | 17,408.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,408.19 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 35.76 | 17,372.43 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,372.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 34.51 | 17,338.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,338.20 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 38.00 | 17,300.20 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,300.34 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 35.54 | 17,264.80 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,264.94 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 37.74 | 17,227.20 |
| 02/07/12 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #10-12239, Bond#016026455 | | 2300-000 | | 14.05 | 17,213.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 34.10 | 17,179.05 |

| | | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 17,433.75 | 254.70 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 17,433.75 | 254.70 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$17,433.75** | **$254.70** |

Checking Account Balance: $17,179.05

{} Asset reference(s)

Printed: 03/30/2012 09:29 AM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-12239 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | MARRERO, CHRISTINA B | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******10-65 - Checking Account |
| Taxpayer ID #: | **-***5818 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/30/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

```
Net Receipts :        17,433.75
Plus Gross Adjustments :   4,567.29
                       ─────────
Net Estate :        $22,001.04
```

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******10-65 | 17,433.75 | 254.70 | 17,179.05 |
| | $17,433.75 | $254.70 | $17,179.05 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-12239 |
| | ) | |
| CHRISTINA B. MARRERO, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING TRUSTEE TO SELL REAL ESTATE**

This Matter having come before this Court on the Trustee's Motion for Authorization to Sell Real Estate (the "Motion") pursuant to 11 U.S.C. §§ 363(b)(1) and (f), and to pay Five Star Real Estate its commission, due notice having been given to all creditors and parties in interest, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Trustee's Motion is hereby granted;

2. The Trustee is authorized to enter into a West Michigan Regional Purchase Agreement substantially similar to the one attached to the Motion and to sell to Roberta Windemuller the Trustee's interest in and to the real property located at 12150 Harvard Ave., Cedar Springs, MI (the "Property"), free and clear of all liens, claims and encumbrances for the sum of $22,000.00, pursuant to the terms and conditions of the West Michigan Regional Purchase Agreement (the "Purchase Agreement");

3. The Trustee is authorized to pay out of the proceeds of the sale and any costs and expenses associated with the sale of the Property, including but not limited to Five Star Real Estate in the amount of $2,00.00 representing its commission under the Court-approved West Michigan Regional Listing Agreement, real estate taxes, transfer stamp taxes, if any, title costs and to fulfill any other requirements pursuant to the Purchase Agreement;

4. The Trustee is authorized to execute any other documents and to take any other necessary actions to consummate the sale of the Property;

5. The Trustee shall pay from the proceeds of the sale the 2010 taxes on the real property in the approximate amount of $1,094.84, plus any penalties and interest accrued as a result of delinquent payment. Additionally, the Trustee and the Buyer shall pro-rate the 2011 real property taxes;

6. That the buyer shall purchase the property subject to the 2011 pro-rated taxes and subsequent years taxes, to be paid in full in the ordinary course, as is and when due; and

7. Notwithstanding Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, this Order shall be effective and enforceable immediately upon entry. The Court expressly finds that there is no reason for delay in the implementation of this Order.

**ENTERED**

Enter: JUN - 1 2011

Judge Jacqueline P. Cox
United States Bankruptcy Court

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:

**Prepared by counsel of Movant:**

Norman B. Newman
Jeffrey L. Gansberg
Much Shelist, et.al.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000
nnewman@muchshelist.com
jgansberg@muchshelist.com

Rev: 20101008_bko



# A. Settlement Statement (HUD-1)

OMB No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv Unins<br>4. ☐ VA   5. ☐ Conv Ins.  6. ☐ Seller Fin<br>7. ☐ Cash Sale. | 6. File Number<br>66798WMR | 7. Loan Number<br>4004357 000910742 | 8. Mortgage Ins Case Number |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Roberta Windemuller<br>2446 Avon SW<br>Wyoming, MI 49519 | The Estate of Christina B. Marrero, a chapter 7 debtor<br>191 North Wacker Drive Suite 1800<br>Chicago, IL 60606 | Founders Bank & Trust<br>5200 Cascade Rd SE<br>Grand Rapids, MI 49546 |

| G. Property Location | H. Settlement Agent Name | I. Settlement Date |
|---|---|---|
| Kent County OAKFIELD TOWNSHIP PART OF NE 1/4 COM AT NE COR OF SEC TH S 89D 43M 00S W ALONG N SEC LINE 1327.30 FT TO E 1/8 LINE TH S 0D 14M 19S W ALON<br>12150 Harvard Ave NE<br>Rockford, MI 49319 | Transnation Title Agency of Michigan, Greater Grand Rapids<br>921 N. Division Ave.<br>Grand Rapids, MI 49503<br>616-459-2400<br>Underwritten By: Fidelity | 6/14/2011<br>Fund: 6/14/2011 |
| | Place of Settlement<br>Transnation Title Agency of Michigan<br>4601 Lake Michigan Dr<br>Grand Rapids, MI 49534 | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | $22,000.00 | 401. Contract sales price | $22,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower | $2,388.10 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City property taxes | | 406. City property taxes | |
| 107. County property taxes | | 407. County property taxes | |
| 108. School property taxes | | 408. School property taxes | |
| 109. Assessments | | 409. Assessments | |
| 110. HOA Dues | | 410. HOA Dues | |
| 111. Other taxes | | 411. Other taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower | $24,388.10 | 420. Gross Amount Due to Seller | $22,000.00 |
| 200. Amounts Paid By Or in Behalf Of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | $1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $16,500.00 | 502. Settlement charges to seller (line 1400) | $2,781.25 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Lender Deposit | $400.00 | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Earnest Money Retained by Realtor | $1,000.00 |
| 207. | | 507. | |
| 208. Portion of Owner's Policy Paid by Seller | $351.75 | 508. Portion of Owner's Policy Paid by Seller | $351.75 |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City property taxes  01/01/11 thru 06/13/11 | $407.28 | 510. City property taxes  01/01/11 thru 06/13/11 | $407.28 |
| 211. County property taxes  01/01/11 thru 06/13/11 | $27.01 | 511. County property taxes  01/01/11 thru 06/13/11 | $27.01 |
| 212. School property taxes | | 512. School property taxes | |
| 213. Assessments | | 513. Assessments | |
| 214. HOA Dues | | 514. HOA Dues | |
| 215. Other taxes | | 515. Other taxes | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $18,686.04 | 520. Total Reduction Amount Due Seller | $4,567.29 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | $24,388.10 | 601. Gross Amount due to seller (line 420) | $22,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $18,686.04 | 602. Less reductions in amt. due seller (line 520) | $4,567.29 |
| 303. Cash From Borrower | $5,702.06 | 603. Cash To Seller | $17,432.71 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

POC (B) – Paid Outside of Closing by Borrower.  POC (S) – Paid Outside of Closing by Seller.  POC (L) – Paid Outside of Closing by Lender.

L. Settlement Charges

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | $2,000.00 | | | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. $1,000.00 | to | Five Star Real Estate | | | |
| 702. $1,000.00 | to | Five Star Real Estate | | | |
| 703. Commission Paid at Settlement | | | | $0.00 | $1,000.00 |
| 704. (EMD $1,000 to Five Star Real Estate P.O.C.) | to | | | | |
| 705. Admin Fee | to | Five Star Real Estate | | $245.00 | |
| 706. Admin Fee | to | Five Star Real Estate | | | $245.00 |
| 800. Items Payable in Connection with Loan | | | | | |
| 801. Our origination charge | | | $750.00 (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific rate chosen | | | $0.00 (from GFE #2) | | |
| 803. Your adjusted origination charges | to | Founders Bank & Trust | (from GFE A) | $750.00 | |
| 804. Appraisal Fee | to | Appraiseusa.net | (from GFE #3) | $300.00 | |
| 805. Credit report | to | CBC Companies | (from GFE #3) | $20.00 | |
| 806. Tax service | to | LandAmerica | (from GFE #3) | $74.00 | |
| 807. Flood certification | to | LandSafe | (from GFE #3) | $20.00 | |
| 808. Appraisal Management fee | to | Appraiseusa.net | (from GFE #3) | $50.00 | |
| 900. Items Required by Lender To Be Paid in Advance | | | | | |
| 901. Daily interest charges from 6/14/2011 to 7/1/2011 @ $3.05/day | | | (from GFE #10) | $51.85 | |
| 902. Mortgage Insurance Premium for months | to | | (from GFE #3) | | |
| 903. Homeowner's insurance for years | to | | (from GFE #11) | | |
| 1000. Reserves Deposited With Lender | | | | | |
| 1001. Initial Deposit for your escrow account | | | (from GFE #9) | $0.00 | |
| 1002. Homeowner's insurance | | months @ | per month | | |
| 1003. Mortgage insurance | | months @ | per month | | |
| 1004. City property taxes | | months @ $75.54 | per month | | |
| 1005. County property taxes | | months @ $5.01 | per month | | |
| 1006. Assessments | | months @ | per month | | |
| 1007. School property taxes | | months @ | per month | | |
| 1008. Other taxes | | months @ | per month | | |
| 1009. Other taxes | 0 | months @ | | | |
| 1010. Other taxes | 0 | months @ | | | |
| 1011. Aggregate Adjustment | | | | | |
| 1100. Title Charges | | | | | |
| 1101. Title services and lender's title insurance | to | Transnation Title Agency of Michigan | (from GFE #4) | $466.50 | |
| 1102. Settlement or closing fee | to | Transnation Title Agency of Michigan | $225.00 | | $225.00 |
| 1103. Owner's title insurance | to | Star Title Agency | (from GFE #5) | $351.75 | |
| 1104. Lender's title insurance | to | Star Title Agency | $241.50 | | |
| 1105. Lender's title policy limit $ | $16,500.00/$241.50 | | | | |
| 1106. Owner's title policy limit $ | $22,000.00/$351.75 | | | | |
| 1107. Agent's portion of the total title insurance premium | to | Star Title Agency | $492.40 | | |
| 1108. Underwriter's portion of the total title insurance premium | to | Fidelity National Title Group | $100.85 | | |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Government recording charges | | | (from GFE #7) | $59.00 | |
| 1202. Deed $20.00 ; Mortgage $38.00 , Release $0.00 | | to Kent County Register of Deeds | | | |
| 1203. Transfer taxes | | | (from GFE #8) | | |
| 1204. City/County tax/stamps    Deed $24.20 ; Mortgage | | to Kent County Register of Deeds | | | $24.20 |
| 1205. State tax/stamps    Deed $165.00 ; Mortgage | | to Kent County Register of Deeds | | | $165.00 |
| 1206. Tax Certificate | to | Kent County Treasurer | $1.00 (from GFE #7) | | |
| 1207. Recording of Order Approving Sale | to | Kent County Register of Deeds | | | $20.00 |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Required services you can shop for | | | (from GFE #6) | | |
| 1302. 2010 S & W Taxes PP# 41-08-07-200-016 | to | Kent County Treasurer | | | $1,102.05 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | $2,388.10 | $2,781.25 |

POC (B) – Paid Outside of Closing by Borrower.  POC (S) – Paid Outside of Closing by Seller.  POC (L) – Paid Outside of Closing by Lender.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge | # 801 | $750.00 | $750.00 |
| Your credit or charge (points) for the specific rate chosen | # 802 | $0.00 | $0.00 |
| Your adjusted origination charges | # 803 | $750.00 | $750.00 |
| Transfer taxes | # 1203 | $0.00 | $0.00 |

| Charges That in Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | $60.00 | $59.00 |
| Appraisal Fee | # 804 | $350.00 | $300.00 |
| Credit report | # 805 | $20.00 | $20.00 |
| Tax service | # 806 | $74.00 | $74.00 |
| Flood certification | # 807 | $20.00 | $20.00 |
| Appraisal Management fee | # 808 | $50.00 | $50.00 |
| | Total | $574.00 | $523.00 |
| | Increase between GFE and HUD-1 Charges | $-51.00    or | -8.89% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | $0.00 | $0.00 |
| Daily interest charges | # 901 $3.05/day | $45.75 | $51.85 |
| Homeowner's insurance | # 903 | $0.00 | $0.00 |
| Title services and lender's title insurance | # 1101 | $499.60 | $466.50 |
| Owner's title insurance | # 1103 | $485.00 | $351.75 |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $16,500.00 |
| Your loan term is | 5 years |
| Your initial interest rate is | 6.75% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $107.02 includes<br>☒ Principal<br>☒ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☒ No. ☐ Yes, it can rise to a maximum of 0%. The first change will be on     and can change again every     after . Every change date, your interest rate can increase or decrease by 0%. Over the life of the loan, your interest rate is guaranteed to never be lower than 0% or higher than 0%. |
| Even if you make payments on time, can your loan balance rise? | ☒ No. ☐ Yes, it can rise to a maximum of $0.00 |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No. ☐ Yes, the first increase can be on     and the monthly amount owed can rise to $0.00 The maximum it can ever rise to is $0.00 |
| Does your loan have a prepayment penalty? | ☒ No. ☐ Yes, your maximum prepayment penalty is $0.00 |
| Does your loan have a balloon payment? | ☐ No. ☒ Yes, you have a balloon payment of $15,596.44 due in 5 years on 7/1/2016 |
| Total monthly amount owed including escrow account payments | ☒ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of     that results in a total initial monthly amount owed of $107.02. This includes principal, interest, any mortgage insurance and any items checked below:<br><br>☐ Property taxes         ☐ Homeowner's Insurance<br>☐ Flood insurance         ☐<br>☐                         ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

_____    The Estate of Christina B.
Roberta Windemuller                          Marrero, a chapter 7 debtor

SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate    By Norman B. Newman, Trustee
account of this transaction. I have caused the funds to be disbursed in         in the Bankruptcy for Christina
accordance with this statement.                                                 B. Marrero

_____    6/14/11
Settlement Agent              Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous editions are obsolete                Page 3 of 3                                HUD-1

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-12239  
Case Name: MARRERO, CHRISTINA B  
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 17,179.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 17,179.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 2,950.10 | 0.00 | 2,950.10 |
| Attorney for Trustee, Fees - Much Shelist, P.C. | 10,628.50 | 0.00 | 10,628.50 |
| Attorney for Trustee, Expenses - Much Shelist, P.C. | 90.42 | 0.00 | 90.42 |
| Accountant for Trustee, Fees - FGMK, LLC | 1,369.00 | 0.00 | 1,369.00 |

Total to be paid for chapter 7 administration expenses: $ 15,038.02  
Remaining balance: $ 2,141.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 2,141.03

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,141.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,923.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CR Evergreen, LLC for Target National Bank | 5,788.81 | 0.00 | 282.18 |
| 2 | Toyota Motor Credit Corporation | 1,572.99 | 0.00 | 76.67 |
| 3 | Illinois Student Assistance Commission | 0.00 | 0.00 | 0.00 |
| 4 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | 11,480.44 | 0.00 | 559.61 |
| 5 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | 4,572.03 | 0.00 | 222.86 |
| 6 | Sallie Mae | 20,509.26 | 0.00 | 999.71 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,141.03 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Printed: 03/30/12 09:29 AM

Page: 1

# Claims Proposed Distribution

### Case: 10-12239    MARRERO, CHRISTINA B

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $17,179.05 | Total Proposed Payment: | $17,179.05 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Norman B. Newman, Trustee <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,950.10 | 2,950.10 | 0.00 | 2,950.10 | 2,950.10 | 14,228.95 |
| FGMK | FGMK, LLC <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 1,369.00 | 1,369.00 | 0.00 | 1,369.00 | 1,369.00 | 12,859.95 |
| MS-E | Much Shelist, P.C. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 90.42 | 90.42 | 0.00 | 90.42 | 90.42 | 12,769.53 |
| MS-F | Much Shelist, P.C. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 10,628.50 | 10,628.50 | 0.00 | 10,628.50 | 10,628.50 | 2,141.03 |
| SUBTOTAL FOR ADMIN CH. 7 | | | 15,038.02 | 15,038.02 | 0.00 | 15,038.02 | 15,038.02 | |
| 1 | CR Evergreen, LLC for Target National Bank | Unsecured | 5,788.81 | 5,788.81 | 0.00 | 5,788.81 | 282.18 | 1,858.85 |
| 2 | Toyota Motor Credit Corporation | Unsecured | 1,572.99 | 1,572.99 | 0.00 | 1,572.99 | 76.67 | 1,782.18 |
| 4 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | Unsecured | 11,480.44 | 11,480.44 | 0.00 | 11,480.44 | 559.61 | 1,222.57 |
| 5 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | Unsecured | 4,572.03 | 4,572.03 | 0.00 | 4,572.03 | 222.86 | 999.71 |
| 6 | Sallie Mae | Unsecured | 20,509.26 | 20,509.26 | 0.00 | 20,509.26 | 999.71 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 43,923.53 | 43,923.53 | 0.00 | 43,923.53 | 2,141.03 | |
| | Total for Case 10-12239 : | | $58,961.55 | $58,961.55 | $0.00 | $58,961.55 | $17,179.05 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $15,038.02 | $15,038.02 | $0.00 | $15,038.02 | 100.000000% |
| Total Unsecured Claims : | $43,923.53 | $43,923.53 | $0.00 | $2,141.03 | 4.874449% |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN Division

Case Name(s): Christina Marrero          Case Number: 10-12239

WITHDRAWAL OF CLAIM

The Illinois Student Assistance Commission (ISAC), is withdrawing the proof of claim filed May 25, 2010, claim #3 for the reason indicated below:

☐ Loan to be paid outside of Chapter 13 plan

☐ Loan has been paid in full

☒ Loan was repurchased on November 17, 2010 by Sallie Mae

☐ Loan was consolidated on by United States Department of Education

☐ Duplicate claim

Submitted by:

/s/Linda B. Jeffries
Linda B. Jeffries
Manager, Collection Services
Illinois Student Assistance Commission
1755 Lake Cook Road
Deerfield, IL 60015