**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CHRISTINA B. MARRERO, | ) | CASE NO. 10-12239 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:    THE HONORABLE  JACQUELINE P. COX,
BANKRUPTCY JUDGE

NOW COMES <u>NORMAN NEWMAN</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>2,950.10</u> as compensation, $<u>0.00</u> of which has previously been paid, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>22,001.04</u>.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% of first $5,000.00 | $ | 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ | 1,700.10 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ | 0.00 | ($47,500.00 max.) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 2,950.10 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                    $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: 04/12/2012_____        _____/s/ Norman Newman_____
                                 NORMAN NEWMAN, Trustee
                                 MUCH SHELIST
                                 191 N. WACKER DRIVE
                                 SUITE 1800
                                 CHICAGO, IL  60606-1615

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Christina Marrero
c/o Norman B. Newman, Trustee
c/o Much Shelist
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/26/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009180.0009**

11 - Trustee Matters

## FEES THROUGH MARCH 27, 2012

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 03/18/11 | NBN | Further review of information as to Michigan real estate and review schedules and SOFA for amount of debt. | 0.50 |
| 03/21/11 | NBN | Review filed motion to employ attorney, notice and order (.20); discuss employment of real estate broker with M. Wasserman (.20). | 0.40 |
| 03/30/11 | NBN | Review order regarding employment of attorney (.10); review final version of motion to employ real estate broker (.20). | 0.30 |
| 04/28/11 | NBN | Discussion with M. Viner regarding suggested contract revisions. | 0.30 |
| 05/03/11 | NBN | Meet with J. Gansberg regarding motion to sell real estate (.20); review claims filed (.30). | 0.50 |
| 05/23/11 | NBN | Review property photos and correspondences with broker regarding same. | 0.20 |
| 05/26/11 | NBN | Review correspondences to broker regarding title report requested (.20); review information as to taxes and liens (.60). | 0.80 |
| 06/07/11 | NBN | Correspondences with real estate broker and title company regarding closing. | 0.40 |
| 06/15/11 | NBN | Review sale proceeds and HUD. | 0.20 |
| 10/05/11 | NBN | Review claims and schedules regarding possible objections (.90); Telephone conference with and correspondences with N. Kellerman regarding tax returns (.20). | 1.10 |
| 10/11/11 | NBN | Review FGMK engagement letter. | 0.20 |
| 10/17/11 | NBN | Review N. Kellerman affidavit and engagement letter. | 0.20 |
| 10/17/11 | NBN | Review filed motion to employ accountant. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

**Payment due within 30 days of invoice**

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Christina Marrero
c/o Norman B. Newman, Trustee
c/o Much Shelist
191 N Wacker Dr
Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **03/26/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009180.0009**

11 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 01/04/12 | NBN | Correspondences with accountant regarding estate tax ID information and interest earned. | 0.20 |
| 03/07/12 | NBN | Review latest claim register and review final fee app. | 0.80 |
| 03/12/12 | NBN | Work on final report and fee app. | 1.40 |
| | | **Total Hours** | **7.70** |