### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                              §     Case No. 10-12239
    CHRISTINA B. MARRERO,            §
                                     §     Judge Jacqueline P. Cox
                                     §
        Debtor(s)  §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street
    7th Floor
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/10/2012 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  _/ /_____    By:    /s/NORMAN NEWMAN_____
                                      Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**UST Form 101-7-NFR (10/1/2010)**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MARRERO, CHRISTINA B | § | Case No. 10-12239 |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 22,001.04 |
| *and approved disbursements of* | $ | 4,821.99 |
| *leaving a balance on hand of* [1] | $ | 17,179.05 |

| | | |
|---|---|---|
| **Balance on hand:** | $ | 17,179.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 17,179.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 2,950.10 | 0.00 | 2,950.10 |
| Attorney for Trustee, Fees - Much Shelist, P.C. | 10,628.50 | 0.00 | 10,628.50 |
| Attorney for Trustee, Expenses - Much Shelist, P.C. | 90.42 | 0.00 | 90.42 |
| Accountant for Trustee, Fees - FGMK, LLC | 1,369.00 | 0.00 | 1,369.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 15,038.02 |
| Remaining balance: | $ | 2,141.03 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00

Remaining balance:    $ 2,141.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $ 0.00

Remaining balance:    $ 2,141.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,923.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CR Evergreen, LLC for Target National Bank | 5,788.81 | 0.00 | 282.18 |
| 2 | Toyota Motor Credit Corporation | 1,572.99 | 0.00 | 76.67 |
| 3 | Illinois Student Assistance Commission | 0.00 | 0.00 | 0.00 |
| 4 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | 11,480.44 | 0.00 | 559.61 |
| 5 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | 4,572.03 | 0.00 | 222.86 |
| 6 | Sallie Mae | 20,509.26 | 0.00 | 999.71 |

Total to be paid for timely general unsecured claims:    $ 2,141.03

Remaining balance:    $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/ NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 10-12239-JPC
Christina B Marrero                                                                        Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: pgordon              Page 1 of 3              Date Rcvd: Apr 13, 2012
                                 Form ID: pdf006            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2012.
db         +Christina B Marrero,   15 Schreiber Ave,   Roselle, IL 60172-1039
aty        +Much Shelist Freed Denenberg Ament & Rubenstein,   191 N Wacker Drive Ste 1800,
            Chicago, IL 60606-1631
16313768   +Alexian Brothers Behavioral Health,   1650 Moon Lake Blvd,   Schaumburg, IL 60169-1010
15292495   +Alexian Brothers Medical Center,   800 Biesterfield Road,   Elk Grove Village, IL 60007-3396
15292496   +Associates/citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
15292497   +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
16313769   +Bostwick Laboratories, Inc.,   P O Box 403751,   Atlanta, GA 30384-3751
15292498   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
            Norcross, GA 30091)
15292499   +Carson Pirie Scott,   PO Box 10298,   Jackson, MS 39289-0298
15292500   +Castle Bank Na,   141 W Lincoln Hwy,   Dekalb, IL 60115-3699
15292501   +Chase,  Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
15292502   +Chase - Cc,  Attention: Bankruptcy Department,   Po Box 15298,   Wilmington, DE 19850-5298
15292503   +Citi,  Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
15292494   +David Gallagher,   Legal Helpers, PC,   Sears Tower,   233 S. Wacker Suite 5150,
            Chicago, IL 60606-6371
15855909   +FIA Card Services NA aka Bank of America,   by PRA Receivables Management, LLC,   PO Box 12907,
            Norfolk VA 23541-0907
15292504   +First Card/Chase USA,   Card Member Services,   Po Box 15298,   Wilmington, DE 19850-5298
15292505   +First USA Bank - Chase,  Attention: Customer Service,   Po Box 94014,   Palatine, IL 60094-4014
15292507   +Harris & Harris Ltd,   600 W Jackson Blvd Ste 4,   Chicago, IL 60661-5675
15292509   +Lane Bryant,   Po Box 182273,   Columbus, OH 43218-2273
15292510   +Lane Bryant Retail/soa,   450 Winks Ln,   Bensalem, PA 19020-5932
15292511   +National City Card Ser,   1 National City Pkwy,   Kalamazoo, MI 49009-8003
15983573   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
            Norfolk VA  23541)
15768529   +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
            c/o Chase Bank USA, N.A.,   POB 41067,   Norfolk VA 23541-1067
15292512   +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
15447768   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit Corporation,   Toyota Financial Services,
            Lexus Financial Services,   5005 North River Blvd., N.E.,   Cedar Rapids, IA 52411-6634)
15292516   +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
15292517   +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
15292518    Toyota Motor Credit,   1111 W 22nd St Ste 420,   Lisle, IL 60532
16313770   +URO Center Ltd,   9669 North Kenton, Suite 306,   Skokie, IL 60076-1226
15292519   +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
15292520   +Wffinance,  Attn: Bankruptcy,   4143 121st St,   Urban Dale, IA 50323-2310


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16036684    E-mail/Text: resurgentbknotifications@resurgent.com Apr 14 2012 00:19:29    CR Evergreen, LLC,
            MS 550,   PO Box 91121,   Seattle, WA 98111-9221
15292506   +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2012 02:06:14    GE Mongram Bank / JC Penney Dc,
            Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15626282   +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 14 2012 00:38:34
            Illinois Student Assistance Commission,   1755 Lake Cook Road,   Deerfield IL 60015-5209
15292508   +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2012 02:06:15    JC Penney,
            Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
16792649   +E-mail/PDF: pa_dc_claims@salliemae.com Apr 14 2012 02:07:07    Sallie Mae,   c/o Sallie Mae Inc.,
            220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
15292513   +E-mail/PDF: pa_dc_claims@salliemae.com Apr 14 2012 02:07:07    Sallie Mae,  Attn: Claims Dept,
            Po Box 9500,   Wilkes Barre, PA 18773-9500
15292515   +E-mail/PDF: pa_dc_claims@salliemae.com Apr 14 2012 02:07:07    Sallie Mae Servicing,
            Attn: Claims Dept.,   Po Box 9500,   Wilkes Barre, PA 18773-9500
15292514   +E-mail/PDF: pa_dc_claims@salliemae.com Apr 14 2012 02:07:07    Sallie Mae Servicing,
            Attn: Claims Dept,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
15334970   +E-mail/Text: bncmail@w-legal.com Apr 14 2012 01:11:48    TARGET NATIONAL BANK,
            C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                            TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15292493*  +Christina B Marrero,   15 Schreiber Ave,   Roselle, IL 60172-1039
16974108*  +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: pgordon              Page 2 of 3              Date Rcvd: Apr 13, 2012
                             Form ID: pdf006            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2012**                    **Signature:** _Joseph Speetjens_

District/off: 0752-1          User: pgordon          Page 3 of 3          Date Rcvd: Apr 13, 2012
                             Form ID: pdf006         Total Noticed: 40

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2012 at the address(es) listed below:
          David  Gallagher    on behalf of Debtor Christina Marrero NDILnotices@maceybankruptcylaw.com,
          CourtNotice@maceybankruptcylaw.com;DGallagher@maceybankruptcylaw.com;bk@maceybankruptcylaw.com
          Jeffrey L. Gansberg    on behalf of Trustee Norman Newman jgansberg@muchshelist.com,
          nsulak@muchshelist.com
          Martin J Wasserman    on behalf of Trustee Norman Newman mwasserman@carlsondash.com,
          knoonan@carlsondash.com
          Michelle K Hinds    on behalf of Debtor Christina Marrero NDILNotices@maceybankruptcylaw.com,
          CourtNotice@maceybankruptcylaw.com;mhinds@maceybankruptcylaw.com;bk@legalhelpers.com
          Norman B Newman    nnewman@muchshelist.com,  IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 6