**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MARRERO, CHRISTINA B     § Case No. 10-12239
                                §
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $9,247.41                     Assets Exempt: $9,247.41
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,064.36      Claims Discharged
                                                Without Payment: $41,859.17

Total Expenses of Administration: $19,936.68

3) Total gross receipts of $ 22,001.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,001.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,936.68 | 19,936.68 | 19,936.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,699.00 | 64,016.30 | 43,923.53 | 2,064.36 |
| **TOTAL DISBURSEMENTS** | $24,699.00 | $83,952.98 | $63,860.21 | $22,001.04 |

4) This case was originally filed under Chapter 7 on March 22, 2010. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2012          By: /s/NORMAN NEWMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate located at 12150 Harvard Ave, Spring | 1110-000 | 22,000.00 |
| Interest Income | 1270-000 | 1.04 |
| **TOTAL GROSS RECEIPTS** | | **$22,001.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 2,950.10 | 2,950.10 | 2,950.10 |
| FGMK, LLC | 3410-000 | N/A | 1,369.00 | 1,369.00 | 1,369.00 |
| Much Shelist, P.C. | 3120-000 | N/A | 90.42 | 90.42 | 90.42 |
| Much Shelist, P.C. | 3110-000 | N/A | 10,628.50 | 10,628.50 | 10,628.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Transaction Title Agency of Michigan | 2500-000 | N/A | 2,781.25 | 2,781.25 | 2,781.25 |
| Transaction Title Agency of Michigan | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Transaction Title Agency of Michigan | 2500-000 | N/A | 351.75 | 351.75 | 351.75 |
| Transaction Title Agency of Michigan | 2820-000 | N/A | 407.28 | 407.28 | 407.28 |
| Transaction Title Agency of Michigan | 2820-000 | N/A | 27.01 | 27.01 | 27.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.60 | 40.60 | 40.60 |
| The Bank of New York Mellon | 2600-000 | N/A | -15.60 | -15.60 | -15.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.76 | 35.76 | 35.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.51 | 34.51 | 34.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.00 | 38.00 | 38.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.54 | 35.54 | 35.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.74 | 37.74 | 37.74 |
| International Sureties, Ltd. | 2300-000 | N/A | 14.05 | 14.05 | 14.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.10 | 34.10 | 34.10 |
| Clerk of the U. S. Bankruptcy Court | 3110-000 | N/A | 76.67 | 76.67 | 76.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $19,936.68 | $19,936.68 | $19,936.68 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CR Evergreen, LLC for Target National Bank | 7100-000 | N/A | 5,788.81 | 5,788.81 | 282.18 |
| 2 | Toyota Motor Credit Corporation | 7100-000 | N/A | 1,572.99 | 1,572.99 | 0.00 |
| 3 | Illinois Student Assistance Commission | 7100-000 | 0.00 | 20,092.77 | 0.00 | 0.00 |
| 4 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | 7100-000 | N/A | 11,480.44 | 11,480.44 | 559.61 |
| 5 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | 7100-000 | 3,815.00 | 4,572.03 | 4,572.03 | 222.86 |
| 6 | Sallie Mae | 7100-000 | 20,884.00 | 20,509.26 | 20,509.26 | 999.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$24,699.00** | **$64,016.30** | **$43,923.53** | **$2,064.36** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-12239  
**Case Name:** MARRERO, CHRISTINA B  

**Period Ending:** 09/17/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 09/23/10 (c)  
**§341(a) Meeting Date:** 10/21/10  
**Claims Bar Date:** 05/02/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Real Estate located at 12150 Harvard Ave, Spring<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 39,000.00 | 39,000.00 | | 22,000.00 | FA |
| 2  Checking account with Chase<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 13.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking account with Parkway Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4  Miscellaneous used household goods<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 5  Personal used clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6  TRS Retirement<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 6,226.41 | 0.00 | DA | 0.00 | FA |
| 7  2009 Tax Refund<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 358.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 1.04 | FA |
| 8  Assets  Totals (Excluding unknown values) | **$48,247.41** | **$39,000.00** | | **$22,001.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Sold real estate.  Awaiting receipt of tax returns.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011       **Current Projected Date Of Final Report (TFR):**   April 12, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-12239  
**Case Name:** MARRERO, CHRISTINA B  
**Taxpayer ID #:** **-***5818  
**Period Ending:** 09/17/12  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/16/11 | | Transaction Title Agency of Michigan | | | | 17,432.71 | | 17,432.71 |
| | {1} | | Contract Sales Price | 22,000.00 | 1110-000 | | | 17,432.71 |
| | | | Settlement Charges | -2,781.25 | 2500-000 | | | 17,432.71 |
| | | | Earnest Money | -1,000.00 | 2500-000 | | | 17,432.71 |
| | | | Owner's Policy | -351.75 | 2500-000 | | | 17,432.71 |
| | | | City Property Tax | -407.28 | 2820-000 | | | 17,432.71 |
| | | | County Property Tax | -27.01 | 2820-000 | | | 17,432.71 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 17,432.77 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,432.91 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,433.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 40.60 | 17,392.45 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | | 2600-000 | | -15.60 | 17,408.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,408.19 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 35.76 | 17,372.43 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,372.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 34.51 | 17,338.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,338.20 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 38.00 | 17,300.20 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,300.34 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 35.54 | 17,264.80 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 17,264.94 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 37.74 | 17,227.20 |
| 02/07/12 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #10-12239, Bond#016026455 | | 2300-000 | | 14.05 | 17,213.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 34.10 | 17,179.05 |
| 05/10/12 | 1002 | Norman B. Newman, Trustee | Dividend paid 100.00% on $2,950.10, Trustee Compensation; Reference: | | 2100-000 | | 2,950.10 | 14,228.95 |
| 05/10/12 | 1003 | FGMK, LLC | Dividend paid 100.00% on $1,369.00, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 1,369.00 | 12,859.95 |
| 05/10/12 | 1004 | Much Shelist, P.C. | Dividend paid 100.00% on $90.42, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 90.42 | 12,769.53 |
| 05/10/12 | 1005 | Much Shelist, P.C. | Dividend paid 100.00% on $10,628.50, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 10,628.50 | 2,141.03 |

Subtotals: $17,433.75    $15,292.72

{} Asset reference(s)                                    Printed: 09/17/2012 02:34 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-12239 | | **Trustee:** | NORMAN NEWMAN (330560) |
| **Case Name:** | MARRERO, CHRISTINA B | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******10-65 - Checking Account |
| **Taxpayer ID #:** | **-***5818 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/17/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/12 | 1006 | CR Evergreen, LLC for Target National Bank | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 282.18 | 1,858.85 |
| 05/10/12 | 1007 | Toyota Motor Credit Corporation | Final Distribtuion Allowed by the Bankruptcy Court Stopped on 08/10/12 | 7100-000 | | 76.67 | 1,782.18 |
| 05/10/12 | 1008 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 559.61 | 1,222.57 |
| 05/10/12 | 1009 | PRA Receivables Mgt. Agent for Portfolio Recovery Asso. | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 222.86 | 999.71 |
| 05/10/12 | 1010 | Sallie Mae | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 999.71 | 0.00 |
| 08/10/12 | 1007 | Toyota Motor Credit Corporation | Final Distribtuion Allowed by the Bankruptcy Court Stopped: check issued on 05/10/12 | 7100-000 | | -76.67 | 76.67 |
| 08/15/12 | 1011 | Clerk of the U. S. Bankruptcy Court | Unclaimed Funds | 3110-000 | | 76.67 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,433.75 | 17,433.75 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 17,433.75 | 17,433.75 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$17,433.75** | **$17,433.75** | |

| Net Receipts : | 17,433.75 |
|---|---|
| Plus Gross Adjustments : | 4,567.29 |
| Net Estate : | $22,001.04 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******10-65 | 17,433.75 | 17,433.75 | 0.00 |
| | **$17,433.75** | **$17,433.75** | **$0.00** |

{} Asset reference(s)